**Dismissed and Memorandum Opinion filed December 20, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00826-CV

### STEVEN BAIRFIELD, Appellant

### V.

### SECURITY TRUCKING SERVICES, L.L.C., L & B TRANSPORTATION, L.L.C., ONE BEACON INSURANCE GROUP, and CRAIG ROGERS, Appellees

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. CV25883**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a summary judgment signed August 28, 2012. Our records do not show that appellant has established indigence so that he may proceed without the advance payment of costs or fees. *See* Tex. R. App. P. 20.1.

Our records show that appellant has not paid the $175.00 appellate filing fee.

*See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On September 20, 2012, this court notified appellant that the appellate filing fee was past due and that the appeal was subject to dismissal for nonpayment of the fee. *See* Tex. R. App. P. 42.3(c). Appellant filed no response.

In addition, no clerk's record has been filed in this appeal. On November 5, 2012, the clerk responsible for preparing the record informed the court that appellant did not make arrangements to pay for the record. On November 6, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record, and the record has not been filed.

We order the appeal dismissed.


PER CURIAM


Panel consists of Justices Frost, Boyce, and McCally.